IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>MAXIMILLIAN D. HOWELL,<br>[DOB:　12/17/1980]<br><br>　　　　　　　　Defendant. | No. _____<br><br>**COUNTS ONE through NINETEEN:**<br>***(Bank Fraud)***<br>18 U.S.C. § 1344<br>NMT 30 Years Imprisonment<br>NMT $1,000,000 Fine<br>NMT 5 Years Supervised Release<br>Class B Felony<br><br>**COUNTS TWENTY through THIRTY-EIGHT:**<br>***(False Statement to a Financial Institution)***<br>18 U.S.C. § 1014<br>NMT 30 Years Imprisonment<br>NMT $1,000,000 Fine<br>NMT 5 Years Supervised Release<br>Class B Felony<br><br>**COUNTS THIRTY-NINE through FORTY-TWO:**<br>***(Money Laundering)***<br>18 U.S.C. § 1957<br>NMT 10 Years Imprisonment<br>NMT $250,000 Fine or twice the amount of the criminally derived property involved in the transaction<br>NMT 3 Years Supervised Release<br>Class C Felony<br><br>**COUNTS FORTY-THREE through FIFTY-SIX:**<br>***(Money Laundering)***<br>18 U.S.C. § 1956<br>NMT 20 Years Imprisonment<br>NMT $500,000 Fine or twice the value of the property involved in the transaction<br>NMT 3 Years Supervised Release<br>Class C Felony |

**FORFEITURE ALLEGATIONS:**
18 U.S.C. § 981(a)(1)(C)
18 U.S.C. § 982(a)(2)(A)
18 U.S.C. § 982(a)(1)
28 U.S.C. § 2461(c)

$100 Mandatory Special Assessment on Each Count

Restitution Must Be Ordered

# I N D I C T M E N T

THE GRAND JURY CHARGES THAT:

At times material to this Indictment:

1. Entrepreneurs Enterprises, LLC ("Entrepreneurs Enterprises") was a limited liability company that maintained offices in Kansas City, Missouri, and was engaged in the business of real estate development and construction. MAXIMILLIAN D. HOWELL was chief executive officer and founder of Entrepreneurs Enterprises.

2. Madison Housing Partners, LLC ("Madison Housing Partners") was a Missouri limited liability company that maintained offices in Kansas City, Missouri, and was engaged in the business of real estate development. MAXIMILLIAN D. HOWELL was chief executive officer and founder of Madison Housing Partners.

3. EE DevCo, LLC ("EE DevCo") was a Missouri limited liability company that maintained offices in Kansas City, Missouri, and was engaged in the business of real estate development and construction. MAXIMILLIAN D. HOWELL was chief executive officer and founder of EE DevCo.

4. The United States Department of Housing and Urban Development ("HUD") was a department of the executive branch of the federal government. HUD's mission was to create

strong, sustainable, and inclusive communities and quality affordable homes for low and moderate-income residents. HUD sponsored a Community Development Block Grant ("CDBG") program to disburse grants for local communities to address a range of housing and development issues.

5.     The HUD Home Investment Partnerships Program ("HOME") provided formula grants to states and localities to fund a wide range of activities including building, buying, and/or rehabilitating affordable housing for rent or homeownership, or providing direct rental assistance to low-income people. HUD awarded HOME funds annually to participating jurisdictions, and established HOME Investment Trust Funds for each grantee, providing a line of credit that the jurisdiction could draw upon as needed. States and local governments were permitted to use HOME funds for grants, direct loans, loan guarantees or other forms of credit enhancement, or rental assistance or security deposits.

6.     Beginning in 2015, MAXIMILLIAN D. HOWELL ("HOWELL"), through several of his companies, worked on numerous development projects within the City of Kansas City, Missouri. These projects were often funded through the HOME grant and CDBG. These grants were awarded to the City of Kansas City, Missouri by HUD. Other projects were funded from reimbursement-based lines of credit established at Lead Bank and the General Fund of the City of Kansas City, Missouri.

7.     To facilitate his acquisition of land to develop residential properties for sale, HOWELL obtained lines of credit with Lead Bank, a Missouri state-chartered banking association, having an office in Kansas City, Missouri.

8.     As the projects were under construction, Lead Bank, which had approved HOWELL for construction loans, would periodically lend HOWELL money based on his line of

3

credit or the overall amount of his construction loans. These periodic loan disbursements are typically referred to as construction draws.

9.     HOWELL was to draw construction loan proceeds by submitting certified draw requests, signed by HOWELL, which contained statements describing the work completed and the amount owed for that work. HOWELL submitted or caused to be submitted numerous such draw requests to Lead Bank.

10.     Lead Bank was a financial institution, the deposits of which were insured by the Federal Deposit Insurance Corporation, funding the projects.

11.     HOWELL maintained several checking accounts at Lead Bank including business checking account numbers ending in 7509, 7512, and 7719 under the name Entrepreneurs Enterprises LLC; business checking account number ending in 1523 under the name Madison Housing Partners LLC; business checking account number ending in 0995 under the name EE DevCo LLC, as well as a personal checking account number ending in 0998 under the name MAXIMILLIAN D. HOWELL.

**Means and Method of the Scheme and Artifice to Defraud Lead Bank**

12.     It was a part of the scheme and artifice to defraud that MAXIMILLIAN D. HOWELL would enter into and maintain loan agreements with Lead Bank for funding five real estate development projects, to wit:   Second and Delaware, 1220 Beacon Hill Lane, 2101 Garfield Avenue, 2645 Madison Avenue, and 2709 Holmes Street (collectively referred to as the "Development Projects").

13.     It was further part of the scheme and artifice to defraud that MAXIMILLIAN D. HOWELL, doing business through his companies, would execute and present

4

false and fraudulent draw requests to Lead Bank, predicated in whole or in part upon false claims of incurred costs, for disbursement of funds in support of the Development Projects.

14. It was further part of the scheme and artifice to defraud that MAXIMILLIAN D. HOWELL would create and cause to be created false and fraudulent documentation of expenses supposedly incurred upon the Development Projects.

15. It was further part of the scheme and artifice that HOWELL would incorporate false and fraudulent claims of expenses supposedly incurred by the Development Projects into draw requests to be submitted to Lead Bank.

16. It was further part of the scheme and artifice that HOWELL would create and cause to be created false checks to justify costs claimed in fraudulent draws.

17. It was further part of the scheme and artifice that HOWELL would submit and cause the submission of false draw requests to Lead Bank, predicated in whole or part upon false claims of incurred costs, and copies of fraudulent checks to induce, and which did induce, Lead Bank to disburse funds in support of the Development Projects.

18. It was further part of the scheme and artifice that HOWELL would not spend the proceeds of the false and fraudulent draw requests as specified in such draw requests, but would spend these construction proceeds for purposes other than those authorized under the terms of the loans, including costs arising from unrelated residential projects and for other personal purposes.

## The Scheme and Artifice to Defraud Lead Bank

19. From on or about May 5, 2016, and continuing until in or about November 2020, in the Western District of Missouri, and elsewhere, the defendant, MAXIMILLIAN D. HOWELL, devised and intended to devise a scheme and artifice to defraud Lead Bank and to obtain moneys

and funds, owned by or under the custody and control of Lead Bank by means of false and fraudulent pretenses, representations, and promises.

**Second and Delaware Apartment Project**

20.     On May 5, 2016, HOWELL, doing business as Entrepreneurs Enterprises, executed a business loan agreement with Lead Bank for advances under a Line of Credit for $1,240,865. The loan was secured by a commercial pledge agreement from Lead Bank to finance a Second and Delaware Project for a total of $1,240,865. The loan agreement provided that the purpose of the loan was for contract work to be done at Second and Delaware Streets, Kansas City, Missouri.

21.     In March 2017, HOWELL submitted fraudulent construction draw requests to Lead Bank to pay laborers for work performed at the Second and Delaware project.

22.     As a result of the misrepresentations, Lead Bank disbursed funds into Entrepreneurs Enterprises' checking account number ending in 7719.

23.     HOWELL did not pay the laborers as indicated in the draw requests.

**1220 Beacon Hill Project**

24.     On November 18, 2016, HOWELL, doing business as Entrepreneurs Enterprises, executed a construction loan agreement with Lead Bank for the purpose of construction/improvement of the property located at 1220 Beacon Hill Lane, Kansas City, Missouri.

25.     Under the terms of the loan agreement, Howell was to draw construction loan proceeds by submitting certified Applications for Advances, signed by Howell, which contained statements describing the work completed and the amount owed for that work ("draw requests").

6

26.     Beginning on or about November 21, 2017, and continuing until on or about August 28, 2018, HOWELL submitted six fraudulent construction draw requests to Lead Bank for the 1220 Beacon Hill project.

27.     As a result of the false and misleading representations, Lead Bank disbursed funds into Entrepreneurs Enterprises checking account number ending in 7512.

**2101 Garfield Project**

28.     On May 23, 2017, HOWELL, doing business as Entrepreneurs Enterprises, executed a construction loan agreement with Lead Bank for the purpose of construction/improvement of the property located at 2101 Garfield Avenue, Kansas City, Missouri.

29.     From on or about November 8, 2017, through on or about January 26, 2018, HOWELL submitted fraudulent construction draw requests to Lead Bank for the 2101 Garfield project.

30.     Based upon HOWELL's submission of each fraudulent draw request, Lead Bank submitted deposit transfers into Entrepreneurs Enterprises account number ending in 7512.

**2645 Madison Project**

31.     On March 30, 2018, HOWELL, doing business as Madison Housing Partners, LLC executed a construction loan agreement with Lead Bank for the purpose of construction/improvement of the property located at 2645 Madison Avenue, Kansas City, Missouri.

32.     From in or about July 2018 through in or about December 2018, HOWELL submitted six fraudulent construction draw requests to Lead Bank for the 2645 Madison Avenue project.

7

33.     Based upon HOWELL's submission of each fraudulent draw request, Lead Bank submitted deposit transfers into the Madison Housing Partners account number ending in 1523.

**2709 Holmes Project**

34.     On September 6, 2018, HOWELL, doing business as EE DevCo, executed a construction loan agreement with Lead Bank for the purpose of construction/improvement of the property located at 2709 Holmes Street, Kansas City, Missouri.

35.     From on or about December 17, 2018, through on or about February 11, 2019, HOWELL submitted two fraudulent construction draw requests to Lead Bank for the 2709 Holmes project.

36.     Based upon HOWELL's submission of each fraudulent draw request, Lead Bank submitted deposit transfers into EE DevCo checking account number ending in 0995.

37.     As a result of HOWELL's fraudulent conduct, Lead Bank incurred a total loss in the amount of approximately $1,916,980.

## COUNTS ONE through NINETEEN
### (Bank Fraud)

38.     Paragraphs 1 through 37 of this Indictment are incorporated here.

39.     On or about the dates specified as to each count below, in the Western District of Missouri, and elsewhere, the defendant, MAXIMILLIAN D. HOWELL, did knowingly execute and attempt to execute a scheme and artifice to defraud, and to obtain moneys, funds, assets, credits and other property owned by and under the control of Lead Bank in the amounts listed below, by means of false and fraudulent pretenses, representations and promises:

8

| COUNT | DATE | ACT OF EXECUTION |
|---|---|---|
| 1 | 03/20/2017 | Submitted and caused to be submitted to Lead Bank a fraudulent draw request including a copy of a check made payable to Entrepreneurs Enterprises LLC in the amount of $9,680 in connection with the construction and renovations at the Second and Delaware Project, falsely representing labor costs. |
| 2 | 03/27/2017 | Submitted and caused to be submitted to Lead Bank a fraudulent draw request including a copy of a check made payable to Entrepreneurs Enterprises LLC in the amount of $9,680 in connection with the construction and renovations at the Second and Delaware Project, falsely representing labor costs. |
| 3 | 11/08/2017 | Submitted and caused to be submitted to Lead Bank a fraudulent draw request including a copy of a check made payable to 84 Lumber in the amount of $35,161.26 and a copy of a check made payable to 84 Lumber in the amount of $5,094, both of which were purportedly in connection with the construction and renovations at the 2101 Garfield Project which were never negotiated. |
| 4 | 11/21/2017 | Submitted and caused to be submitted to Lead Bank a fraudulent draw request including a copy of a check made payable to Veritas in the amount of $8,500 and a copy of a check made payable to Veritas in the amount of $6,500, both of which were purportedly in connection with the construction and renovations at the 1220 Beacon Hill Project which were never negotiated. |
| 5 | 01/25/2018 | Submitted and caused to be submitted to Lead Bank a fraudulent draw request including a copy of a check made payable to 84 Lumber in the amount of $6,952.77, a copy of a check made payable to 84 Lumber in the amount of $5,398.50, and a copy of a check made payable to United Heating and Cooling in the amount of $6788, all of which were purportedly in connection with the construction and renovations at the 2101 Garfield Project which were never negotiated. |

9

| 6 | 04/20/2018 | Submitted and caused to be submitted to Lead Bank a fraudulent draw request including a copy of a check made payable to R-Mech in the amount of $15,300, purportedly in connection with the construction and renovations at the 1220 Beacon Hill Project which was never negotiated. |
|---|---|---|
| 7 | 05/21/2018 | Submitted and caused to be submitted to Lead Bank a fraudulent draw request including a copy of a check made payable to Midwest Lumber in the amount of $57,397; a copy of a check made payable to Midwest Lumber in the amount of $22,835; and a copy of a check made payable to ECI in the amount of $1,517.25, all of which were purportedly in connection with the construction and renovations at the 1220 Beacon Hill Project which were never negotiated. |
| 8 | 06/27/2018 | Submitted and caused to be submitted to Lead Bank a fraudulent draw request including a copy of a check made payable to MSS Construction & Roofing in the amount of $10,000, purportedly in connection with the construction and renovations at the 1220 Beacon Hill Project which was never negotiated. |
| 9 | 07/11/2018 | Submitted and caused to be submitted to Lead Bank a fraudulent draw request including a copy of a check made payable to PIEA in the amount of $3,361; a copy of a check made payable to EDCKC in the amount of $2,500; and a copy of a check made payable to R-Mech in the amount of $14,900, all of which were purportedly in connection with the construction and renovations at the 2645 Madison Project which were never negotiated. |
| 10 | 08/01/2018 | Submitted and caused to be submitted to Lead Bank a fraudulent draw request including a copy of a check made payable to Innovative Masonry & Restoration, LLC in the amount of $107,850, purportedly in connection with the construction and renovations at the 2645 Madison Project which was never negotiated. |

10

| | | |
|---|---|---|
| 11 | 08/07/2018 | Submitted and caused to be submitted to Lead Bank a fraudulent draw request including a copy of a check made payable to MSS Construction & Roofing in the amount of $16,850, purportedly in connection with the construction and renovations at the 1220 Beacon Hill Project which was never negotiated. |
| 12 | 08/28/2018 | Submitted and caused to be submitted to Lead Bank a fraudulent draw request including a copy of a check made payable to The Grant Agency in the amount of $1,465 and a copy of a check made payable to Innovative Masonry Restoration in the amount of $107,850, both of which were purportedly in connection with the construction and renovations at the 2645 Madison Project which were never negotiated. |
| 13 | 08/28/2018 | Submitted and caused to be submitted to Lead Bank a fraudulent draw request including a copy of a check made payable to MSS Construction & Roofing in the amount of $7,500 and a copy of a check made payable to Royal Metal in the amount of $816.56, both of which were purportedly in connection with the construction and renovations at the 1220 Beacon Hill Project which were never negotiated. |
| 14 | 09/28/2018 | Submitted and caused to be submitted to Lead Bank a fraudulent draw request including a copy of a check made payable to Innovative Masonry Restoration in the amount of $85,000, purportedly in connection with the construction and renovations at the 2645 Madison Project which was never negotiated. |
| 15 | 10/31/2018 | Submitted and caused to be submitted to Lead Bank a fraudulent draw request including a copy of a check made payable to EE DEVCO in the amount of $4,500 and a copy of a check made payable to MSS Construction & Roofing in the amount of $8,500, both of which were purportedly in connection with the construction and renovations at the 2645 Madison Project which were never negotiated. |

11

| 16 | 12/10/2018 | Submitted and caused to be submitted to Lead Bank a fraudulent draw request including a copy of a check made payable to EE DEVCO in the amount of $4,500, purportedly in connection with the construction and renovations at the 2645 Madison Project which was never negotiated. |
| --- | --- | --- |
| 17 | 12/17/2018 | Submitted and caused to be submitted to Lead Bank a fraudulent draw request including a copy of a check made payable to Talieferro & Browne, Inc in the amount of $5,933, purportedly in connection with the construction and renovations at the 2709 Holmes Project which was never negotiated. |
| 18 | 1/18/2019 | Submitted and caused to be submitted to Lead Bank a fraudulent draw request including a copy of a check made payable to Ballard Excavating, LLC in the amount of $18,000; a copy of a check made payable to EE DEVCO, LLC in the amount of $4,500; and a copy of a check made payable to Zurich in the amount of $676, all of which were purportedly in connection with the construction and renovations at the 2709 Holmes Project which were never negotiated. |
| 19 | 2/11/2019 | Submitted and caused to be submitted to Lead Bank a fraudulent draw request including a copy of a check made payable to Buildsmart in the amount of $52,779, and a copy of a check made payable to EE DevCo in the amount of $4,500, both of which were purportedly in connection with the construction and renovations at the 2709 Holmes Project which were never negotiated. |

All in violation of Title 18, United States Code, Section 1344.

## COUNTS TWENTY through THIRTY-EIGHT
### (False Statement to a Financial Institution)

40.     Paragraphs 1 through 37 of this Indictment are realleged and incorporated here.

41.     On or about the dates set forth below, in the Western District of Missouri, the defendant, MAXIMILLIAN D. HOWELL, did knowingly make false statements and reports for

12

the purpose of influencing the action of Lead Bank, a financial institution whose deposits were insured by the Federal Deposit Insurance Corporation, in connection with an application, advance, commitment, and loan, and any change and extension of any of the same, in that the defendant submitted and caused the submission of fraudulent and inflated draw requests on loans to Lead Bank, when in truth and in fact, the defendant knew that some of the costs and expenses claimed in the draws had not been incurred and that the money released would not be used for the purpose stated in the loan. Each false statement constitutes a separate count of this indictment as indicated:

| COUNT | DATE | FALSE STATEMEMNT |
|---|---|---|
| 20 | 03/20/2017 | Draw request and attached spreadsheet falsely stated and represented that $9,680 was to be used to pay for labor for pay period 3 |
| 21 | 03/27/2017 | Draw request and attached spreadsheet falsely stated and represented that $9,680 was to be used to pay for labor for pay period 4 |
| 22 | 11/08/2017 | Draw request falsely reflected $35,161.26 was spent on lumber and $5,094 was spent on windows |
| 23 | 11/21/2017 | Draw request falsely reflected $8,500 was spent on new architecture designs and $6,500 was spent on engineering – civil, structural, and permitting |
| 24 | 01/25/2018 | Draw request falsely reflected $6,952.77 was spent on an I-Joist pack, $5,398.50 was spent on a roof truss pack, and $6,788 was spent on rough in HVAC |
| 25 | 04/20/2018 | Draw request falsely reflected $15,300 was spent on plumbing from R-Mech |
| 26 | 05/21/2018 | Draw request falsely reflected $57,397 was spent on lumber, $22,835.08 was spent on windows, and $1,517.25 was spent on waterproofing |
| 27 | 06/27/2018 | Draw request falsely reflected $10,000 was spent on framing draw #1 |
| 28 | 07/11/2018 | Draw request falsely reflected $3,361 was spent on property and sales tax abatement issuance, $2,500 was spent on financial analysis for abatement, and $14,900 was spent on construction of new water main line |

13

| 29 | 08/01/2018 | Draw request falsely reflected $107,850 was spent on (1) repairing stone masonry, including replacing whole units; (2) repointing joints; (3) preliminary cleaning, including removing plant growth; and (4) cleaning repaired exposed stone surfaces. |
|----|-----------|---|
| 30 | 08/07/2018 | Draw request falsely reflected $16,850 was spent on framing draw #3 – decking, siding, and framing – install of LP Finished siding |
| 31 | 08/28/2018 | Draw request falsely reflected $107,850 was spent on (1) repairing stone masonry, including replacing whole units; (2) repointing joints; (3) preliminary cleaning, including removing plant growth; and (4) cleaning repaired exposed stone surfaces. |
| 32 | 08/28/2018 | Draw request falsely reflected $7,500 was spent on roofing material and install, and $816.56 was spent on beams and connectors |
| 33 | 09/28/2018 | Draw request falsely reflected $85,000 was spent on (1) repairing stone masonry, including replacing whole units; (2) repointing joints; (3) preliminary cleaning, including removing plant growth; (4) cleaning repaired exposed stone surfaces; and (5) replacing angle iron and I beam lintel at windows |
| 34 | 10/31/2018 | Draw request falsely reflected $8,500 was spent on mailbox install, concrete drip edge install on east wall, gutter and downspout install, and gutter and downspout material; and $4,500 was spent on PM/superintendent |
| 35 | 12/10/2018 | Draw request falsely reflected $4,500 was spent on PM/superintendent |
| 36 | 12/17/2018 | Draw request falsely reflected $5,933 was spent on land survey |
| 37 | 1/18/2019 | Draw request falsely reflected $676 was spent on BR policy; $18,000 was spent on excavation; and $4,500 was spent on PM/superintendent |
| 38 | 2/11/2019 | Draw request falsely reflected $52,779 was spent on prefabrication in BuildSmart warehouse of zip panels, bands, and nail base, exterior doors and wall screens, and partial deposit – 75%; and $4,500 was spent on PM/superintendent |

All in violation of Title 18, United States Code, Section 1014.

## COUNTS THIRTY-NINE through FORTY-TWO
### (Money Laundering - Expenditure)

42.    Paragraphs 1 through 37 of this Indictment are incorporated here.

14

43.    On or about the dates listed below, in the Western District of Missouri, and elsewhere, the defendant, MAXIMILLIAN D. HOWELL, did knowingly engage and attempt to engage in the monetary transactions by, through, and to a financial institution, affecting interstate and foreign commerce, in criminally derived property of a value greater than $10,000, namely, the deposit, withdrawal, transfer, and exchange of U.S. currency, funds and monetary instruments in the amounts set forth below, such property having been derived from a specified unlawful activity, namely, bank fraud, in violation of Title 18, United States Code, Section 1344, and false statements to a financial institution, in violation of Title 18, United States Code, Section 1014:

| COUNT | DATE | MONETARY TRANSACTION |
|-------|------|----------------------|
| 39 | 08/20/2018 | Transfer of $15,000 in funds from the Madison Housing Partners account number ending in 1523 into HOWELL's personal checking account number ending in 0998 at Lead Bank. |
| 40 | 08/31/2018 | Transfer of $20,000 in funds from the Madison Housing Partners account number ending in 1523 into HOWELL's personal checking account number ending in 0998 at Lead Bank. |
| 41 | 10/23/2018 | Transfer of $15,000 in funds from the Madison Housing Partners account number ending in 1523 into HOWELL's personal checking account number ending in 0998 at Lead Bank. |
| 42 | 02/11/2019 | Withdrawal of $30,844.08 in funds from the EE DevCo account number ending in 0995 at Lead Bank, used in part to purchase a cashier's check, number 067069, from Lead Bank in the amount of $30,818.58, payable to Swift Financial Corporation. |

All in violation of Title 18, United States Code, Section 1957.

### <u>COUNTS FORTY-THREE through FIFTY-SIX</u>
### (Money Laundering - Concealment)

#### *Introduction*

44.    Paragraphs 1 through 37 of this Indictment are incorporated here.

15

45.     Defendant MAXIMILLIAN D. HOWELL received proceeds of bank fraud and false statement to a financial institution, deposited these proceeds into bank accounts at Lead Bank, transferred thousands of dollars in criminal proceeds out of the business checking accounts into other business and personal accounts to conceal or disguise the nature and source of the proceeds of specified unlawful activity through frequent and complex movement of the proceeds.

46.     On or about January 25, 2018, MAXIMILLIAN D. HOWELL caused to be drawn an advance on the 2101 Garfield project loan line of credit from Lead Bank and caused the funds to be deposited into Entrepreneurs Enterprises checking account number ending in 7512 at Lead Bank. On or about January 30, 2018, around 11:12 a.m., HOWELL caused the transfer of $500 from Entrepreneurs Enterprises checking account number ending in 7512 to be deposited into Entrepreneurs Enterprises checking account number ending in 7509 at Lead Bank. On that same date, around 11:41 a.m., HOWELL caused the transfer of $1,000 from Entrepreneurs Enterprises checking account number ending in 7512 to be deposited into Entrepreneurs Enterprises checking account number ending in 7509 at Lead Bank.

47.     On or about July 11, 2018, HOWELL caused to be drawn an advance on the 2645 Madison project loan line of credit from Lead Bank and caused the funds to be deposited into an account of Madison Housing Partners business checking account number ending in 1523 at Lead Bank. On or about July 17, 2018, around 12:58 p.m., HOWELL caused the transfer of $10,000 from the Madison Housing Partners checking account number ending in 1523 to be deposited into his personal checking account number ending in 0998 at Lead Bank. On or about July 19, 2018, around 9:53 a.m., HOWELL caused a bank transfer of $5,500 from the Madison Housing Partners checking account number ending in 1523 to be deposited into his personal checking account number ending in 0998 at Lead Bank.

16

48.     On or about August 1, 2018, HOWELL caused to be drawn an advance on the 2645 Madison project loan line of credit from Lead Bank and caused the funds to be deposited into Madison Housing Partners' checking account number ending in 1523 at Lead Bank. On or about August 16, 2018, around 1:18:11 p.m., HOWELL caused the transfer of $5,000 to be deposited into his personal checking account number ending in 0998 at Lead Bank. On that same date, around 1:18:35 p.m., HOWELL caused the transfer of $5,000 from his personal checking account number ending in 0998 to be deposited into EE DevCo checking account number ending in 0995 at Lead Bank.

49.     On or about August 14, 2018, HOWELL caused the transfer of $5,000 to be deposited into his business checking account number ending in 7512 at Lead Bank. On or about August 17, 2018, HOWELL caused the transfer of $2,000 from the Entrepreneurs Enterprises checking account number ending in 7512 to be deposited into his business checking account number ending in 7719 at Lead Bank.

50.     On or about September 28, 2018, HOWELL caused to be drawn an advance on the 2645 Madison Avenue project loan line of credit from Lead Bank and caused the funds to be deposited into Madison Housing Partners' checking account number ending in 1523 at Lead Bank. On or about October 23, 2018, around 6:52 a.m., HOWELL caused a bank transfer of $15,000 to be deposited into his personal checking account number ending in 0998 at Lead Bank. On that same date, around 6:53 a.m., HOWELL caused a business banking transfer of $2,000 from his personal checking account number ending in 0998 at Lead Bank to his business checking account number ending in 7512. Around 6:54 a.m., HOWELL caused a banking transfer of $12,000 from his personal checking account number ending in 0998 at Lead Bank to the Entrepreneurs Enterprises checking account number ending in 7512.

17

51.     On or about October 31, 2018, HOWELL caused to be drawn an advance on the 2645 Madison project loan line of credit from Lead Bank and caused the funds to be deposited into an account of Madison Housing Partners business checking account number ending in 1523 at Lead Bank. On that same date, around 9:58 a.m., HOWELL caused the transfer of $3,000 from the Madison Housing Partners checking account number ending in 1523 to be deposited into his personal checking account number ending in 0998 at Lead Bank. Around 9:59 a.m., HOWELL caused the transfer of $3,000 from his personal checking account number ending in 0998 at Lead Bank to be deposited into Entrepreneurs Enterprises checking account number ending in 7512. Around 1:57 p.m., HOWELL caused the transfer of $4,500 from the Madison Housing Partners checking account number ending in 1523 to be deposited into his personal checking account number ending in 0998 at Lead Bank. Around 1:57 p.m., HOWELL caused the transfer of $4,500 from his personal checking account number ending in 0998 at Lead Bank to be deposited into EE DevCo checking account number ending in 0995.

52.     On or about December 10, 2018, HOWELL caused to be drawn an advance on the 2645 Madison project loan line of credit from Lead Bank and caused the funds to be deposited into Madison Housing Partners checking account number ending in 1523 at Lead Bank. On or about December 10, 2018, HOWELL caused the transfer of $4,500 from Madison Housing Partners checking account number ending in 1523 at Lead Bank to be deposited into his personal checking account number ending in 0998 at Lead Bank.

53.     On or about December 17, 2018, HOWELL caused to be drawn an advance on the 2709 Holmes project loan line of credit from Lead Bank and caused the funds to be deposited into EE DevCo checking account number ending in 0995 at Lead Bank. On that same date, around 6:52 a.m., HOWELL caused the transfer of $4,000 from the EE DevCo checking account number

18

ending in 0995 to be deposited into his personal checking account number ending in 0998 at Lead Bank.

54.    On or about January 18, 2019, HOWELL caused to be drawn an advance on the 2709 Holmes project loan line of credit from Lead Bank and caused the funds to be deposited into EE DevCo checking account number ending in 0995 at Lead Bank. On that same date, HOWELL caused the transfer of $500 from the EE DevCo checking account number ending in 0995 at Lead Bank to be deposited into his personal checking account number ending in 0998 at Lead Bank.   On or about January 22, 2019, HOWELL caused the transfer of $2,500 from the EE DevCo checking account number ending in 0995 at Lead Bank to be deposited into his personal checking account number ending in 0998 at Lead Bank. On or about January 23, 2019, around 9:01 a.m., HOWELL caused the transfer of $2,500 from the EE DevCo checking account number ending in 0995 at Lead Bank to be deposited into his personal checking account number ending in 0998 at Lead Bank. On that same date, around 9:02 a.m., HOWELL caused the transfer of $2,500 from his personal checking account number ending in 0998 to be deposited into Entrepreneurs Enterprises checking account number ending in 7512 at Lead Bank.

### *The Charges*

55.    On or about the dates set forth below, in the Western District of Missouri, and elsewhere, the defendant, MAXIMILLIAN D. HOWELL, did knowingly conduct and attempt to conduct a financial transaction affecting interstate and foreign commerce, which involved the proceeds of specified unlawful activity, namely, bank fraud, in violation of Title 18, United States Code, Section 1344, and false statement to a financial institution, in violation of Title 18, United States Code, Section 1014, knowing that the transaction was designed in whole or in part to conceal and disguise the nature, location, source, ownership and control of the proceeds of

19

specified unlawful activity and, while conducting and attempting to conduct such financial transaction, knew that the property involved in the financial transaction, that is, funds in the amounts set forth in the transactions below, represented the proceeds of some form of unlawful activity:

| COUNT | DATE | FINANCIAL TRANSACTION |
|-------|------|----------------------|
| 43 | 01/30/2018 | Withdrawal of $1,000 in United States currency from Entrepreneurs Enterprises checking account number ending in 7509 at Lead Bank |
| 44 | 07/17/2018 around 12:59 p.m. | Transfer of $10,000 from HOWELL's personal checking account number ending in 0998 into the Entrepreneurs Enterprises account number ending in 7512 at Lead Bank |
| 45 | 07/19/2018 around 9:54 a.m. | Transfer of $5,000 from HOWELL's personal checking account number ending in 0998 into the Entrepreneurs Enterprises account number ending in 7512 at Lead Bank |
| 46 | 07/19/2018 around 10:01 a.m. | Withdrawal of $1,200 in United States currency from the Entrepreneurs Enterprises account number ending in 7512 at Lead Bank |
| 47 | 08/16/2018 | Withdrawal of $1,220 in United States currency from the EE DevCo checking account number ending in 0995 at Lead Bank |
| 48 | 08/17/2018 | Transfer of $2,071.91 in funds was debited from the Entrepreneurs Enterprises checking account number ending in 7719 at Lead Bank for payment to PayChex Inc. for payroll |
| 49 | 10/23/2018 | Withdrawal of $10,000 from the Entrepreneurs Enterprises checking account number ending in 7512 at Lead Bank to purchase a Lead Bank official check to pay on his loan obligations to Swift Capital |
| 50 | 10/31/2018 | Transfer of $3,000 from the account number ending in 0998 into Entrepreneurs Enterprises account number ending in 7512 at Lead Bank to satisfy Entrepreneurs Enterprises check numbers 1565 and 1568 for other unrelated expenses |
| 51 | 10/31/2018 | Transfer of $4,500 from HOWELL's personal checking account number ending in 0998 into the EE DevCo account number ending in 0995 at Lead Bank to cover check number 1154 for unrelated expenses |
| 52 | 11/02/2018 | Withdrawal of $1,500 in United States currency from the Madison Housing Partners checking account number ending in 1523 at Lead Bank |

20

| 53 | 12/13/2018 | Withdrawal of $1,806 from his personal checking account number ending in 0998 at Lead Bank to purchase a cashier's check from Lead Bank in the approximate amount of $1,800, payable to EE DevCo |
| 54 | 12/18/2018 around 7:11 a.m. | Transfer of $1,000 from HOWELL's personal checking account number ending in 0998 into Reap KC LLC account number ending in 1085 at Lead Bank |
| 55 | 12/18/2018 around 7:17 a.m. | Transfer of $3,000 from HOWELL's personal checking account number ending in 0998 into Entrepreneurs Enterprises account number ending in 7512 at Lead Bank |
| 56 | 01/23/2019 | Approximately $1,230.75 was debited from Entrepreneurs Enterprises checking account number ending in 7512 at Lead Bank to satisfy Entrepreneurs Enterprises check numbers 1243 and 1244 for payroll |

All in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

## **FORFEITURE ALLEGATION ONE**

56.     The allegations of Counts One through Thirty-Eight of this Indictment are incorporated here for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 18, United States Code, Sections 981(a)(1)(C) and 982(a)(2)(A).

57.     Upon conviction of one or more of the offenses alleged in Counts One through Thirty-Eight of this Indictment, bank fraud or false statement to a financial institution offenses pursuant to Title 18, United States Code, Sections 1344 and 1014, the defendant, MAXIMILLIAN D. HOWELL, shall forfeit to the United States all property, real and personal, constituting, and derived from any proceeds the defendant obtained, directly and indirectly, as a result of the violation incorporated by reference in this Allegation, including, but not limited to: a money judgment representing proceeds obtained by the defendant in that the sum in aggregate, constitutes or is derived from proceeds traceable to the offenses.

21

## SUBSTITUTE ASSETS

58.     If any of the property described above, as a result of any act or omission of the defendant:

        a.      cannot be located upon the exercise of due diligence;

        b.      has been transferred or sold to, or deposited with, a third party;

        c.      has been placed beyond the jurisdiction of the court;

        d.      has been substantially diminished in value; or

        e.      has been commingled with other property which cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1) and Title 28, United States Code, Section 2461(c).

All pursuant to Title 18, United States Code, Sections 981(a)(1)(C), 982(a)(1) and Title 28, United States Code, Section 2461(c).

## FORFEITURE ALLEGATION TWO

59.     The allegations of Counts Thirty-Nine through Fifty-Six of this Indictment are incorporated here for the purpose of alleging forfeiture to the United States of America pursuant to the provisions of Title 18, United States Code, Sections 981(a)(1)(A) and 982(a)(1).

60.     Upon conviction of one or more of the offenses alleged in Counts Thirty-Nine through Fifty-Six of this Indictment, money laundering offenses pursuant to Title 18, United States Code, Sections 1956 and 1957, the defendant, MAXIMILLIAN D. HOWELL, shall forfeit to the United States any property, real and personal, involved in such offense, and any property traceable to such property. The property to be forfeited includes, but is not limited to a forfeiture money

22

judgment representing the proceeds obtained by the defendant, in that such sum in aggregate, is involved in, or is derived from, proceeds traceable to the offenses.

**SUBSTITUTE ASSETS**

61.    If any of the property described above, as a result of any act or omission of the defendant:

        a.    cannot be located upon the exercise of due diligence;

        b.    has been transferred or sold to, or deposited with, a third party;

        c.    has been placed beyond the jurisdiction of the court;

        d.    has been substantially diminished in value; or

        e.    has been commingled with other property which cannot be divided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b).

All pursuant to Title 18, United States Code, Sections 981(a)(1)(A), 982(a)(1).

A TRUE BILL.

_/s/ Sharon Williams_
FOREPERSON OF THE GRAND JURY

_/s/ Rudolph R. Rhodes IV_
Rudolph R. Rhodes IV
Assistant United States Attorney

Dated:    8/16/2022
        Kansas City, Missouri

23